UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JARED SCOTT DUNN,

    Plaintiff,

v.                                   Case No.  3:17cv419/LC/CJK

LEE MORRIS,

    Defendant.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated June 23, 2017 (doc. 4).  Plaintiff has been mailed a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed, the mailing having been returned as undelieverable.

After reviewing the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this order.

2.  Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED, and this

action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

3.  The clerk shall close the file.

**DONE AND ORDERED** this 20th day of July, 2017.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**